97 A.3d 1201

**Robert James SAKAITIS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 18, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is **AFFIRMED.**